ROBERT H. HORN, SBN 134710
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Plaintiffs
National Academy of Recording
Arts & Sciences, Inc. and Latin
Academy of Recording Arts &
Sciences, Inc.

Priority
Send  X
Enter ___
JS-6  X

FILED
CLERK, U.S. DISTRICT COURT
MAY - 4 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC., a Delaware corporation; and LATIN ACADEMY OF RECORDING ARTS & SCIENCES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BARRY'S TICKET SERVICE, INC., a California corporation; and BARRY RUDIN, an individual,<br><br>Defendants. | Case No. CV 06-0574 PA (SHx)<br><br>**STIPULATED JUDGMENT AGAINST DEFENDANTS BARRY'S TICKET SERVICE, INC. AND BARRY RUDIN** |

Based on the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in this action in favor of plaintiffs National Academy of Recording Arts & Sciences, Inc. ("The Recording Academy") and Latin Academy of Recording Arts & Sciences, Inc. ("The Latin Recording Academy") and against defendants Barry's Ticket Service, Inc. and Barry Rudin (collectively, "Defendants").

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants, and each of Defendants' respective agents, servants, employees, successors and assigns, and all those acting in concert or participation with any such

DOCKETED ON CM
MAY 4 2006

ORIGINAL

1 | persons, are hereby permanently enjoined and restrained from:

2 |  (1) Offering or attempting to offer to buy or sell, or soliciting the purchase or
3 | sale of, any ticket, badges, credentials or anything entitling access to any future
4 | GRAMMY Awards ceremony of The Recording Academy, Latin GRAMMY
5 | Awards ceremony of The Latin Recording Academy, and/or pre- and post-ceremony
6 | events sponsored by or affiliated with The Recording Academy (*e.g.*, the MusiCares
7 | Person of the Year event), The Latin Recording Academy and/or any of their
8 | respective affiliates, including without limitation the Grammy Foundation and/or the
9 | MusiCares Foundation;

10 |  (2) Offering to perform, attempting to perform, or performing any act as an
11 | intermediary, broker or middleman relating to the purchase, sale or transfer of
12 | tickets, badges, credentials or anything entitling access to any future GRAMMY
13 | Awards ceremony of The Recording Academy, Latin GRAMMY Awards ceremony
14 | of The Latin Recording Academy, and/or pre- and post-ceremony events sponsored
15 | by or affiliated with The Recording Academy (*e.g.*, the MusiCares Person of the
16 | Year event), The Latin Recording Academy and/or any of their respective affiliates,
17 | including without limitation the Grammy Foundation and/or the MusiCares
18 | Foundation;

19 |  (3) Advertising or publishing any offer to purchase, sell, transfer or broker, or
20 | to otherwise act as an intermediary, broker or middleman, relating to the purchase,
21 | sale or transfer of tickets, badges, credentials or anything entitling access to any
22 | future GRAMMY Awards ceremony of The Recording Academy, Latin GRAMMY
23 | Awards ceremony of The Latin Recording Academy, and/or pre- and post-ceremony
24 | events sponsored by or affiliated with The Recording Academy (*e.g.*, the MusiCares
25 | Person of the Year event), The Latin Recording Academy and/or any of their
26 | respective affiliates, including without limitation the Grammy Foundation and/or the
27 | MusiCares Foundation;
28 |

 (4) Receiving any compensation, whether in money, in kind or otherwise, for any of the acts described in paragraphs (1) through (3) above;

 (5) Acquiring or attempting to acquire, purchasing or attempting to purchase, using or attempting to use, or maintaining or attempting to maintain any list or other documents disclosing the identities of members of The Recording Academy and/or The Latin Recording Academy; and

 (6) Using or displaying for any purpose any registered mark, or any depiction, image, photograph, picture, illustration or other visual representation containing any registered mark, owned by The Recording Academy, The Latin Recording Academy and/or any of their respective affiliates, including without limitation the Grammy Foundation and/or the MusiCares Foundation.

DATED: May 2, 2006

                Percy Anderson
                United States District Judge

3

# PROOF OF SERVICE

I declare that: I am employed in the County of Los Angeles, California; I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On May 1, 2006, I served the foregoing document described as:

**STIPULATED JUDGMENT AGAINST DEFENDANTS BARRY'S TICKET SERVICE, INC. AND BARRY RUDIN**

by placing ☐ the original ☒ true copies thereof enclosed in a sealed envelope addressed as follows:

> Solomon E. Gresen, Esq.
> Rheuban & Gresen
> 1990 South Bundy Drive, Suite 540
> Los Angeles, California  90025

☒ (By U.S. Mail) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Personal Service)
  ☐ By personally delivering such envelope to the addressee.
  ☐ By causing such envelope to be delivered by messenger to the office of the  addressee.

☐ (By Next-Day Delivery Service) By causing such envelope to be delivered to the office of the addressee by overnight delivery via FedEx or by other similar overnight delivery service.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 1, 2006, at Los Angeles, California.

S. MICHIKO KONDO                                    *[signature]*
Type or Print Name                                        Signature